No. 04–1601. LAZORKO, ADMINISTRATOR OF THE ESTATE OF NORLIE, AKA NORLIE-LAZORKO v. PENNSYLVANIA HOSPITAL ET AL. Super. Ct. Pa. Certiorari denied.

No. 04–1603. SHORE CLUB CONDOMINIUM ASSN., INC., AKA SC CONDOMINIUM ASSN., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 04–1604. WARE v. OKLAHOMA EX REL. OKLAHOMA MERIT PROTECTION COMMISSION ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 04–1606. BENSON v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 04–1608. LEZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–1609. COUNTY OF SACRAMENTO, CALIFORNIA, ET AL. v. JONES. C. A. 9th Cir. Certiorari denied.

No. 04–1612. NEW YORK COASTAL PARTNERSHIP, INC., ET AL. v. DEPARTMENT OF THE INTERIOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1613. SMITH v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 04–1614. MURPHY ET AL. v. SCHWARTZ. App. Ct. Conn. Certiorari denied.

No. 04–1616. BOULINEAU ET AL. v. DONALD, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1619. ELIAKIM v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–1621. MORTERS v. BARR ET AL. Ct. App. Wis. Certiorari denied.